THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* SAMUEL COOK, Defendant-Appellant.

(No. 57618;

First District (3rd Division)—January 10, 1974.

PER CURIAM.
MEJDA, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.